# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

NATHANAEL HERRLE                             :

                                             :

        Plaintiff(s),                Case No.  3:10-CV-092

                                             :

vs.

                                             :

D. SCOTT CARRUTHERS and
REGENT ASSET MANAGEMENT                      :
SOLUTIONS, INC.

                                             :

        Defendant(s).

---

## ORDER OF DISMISSAL: TERMINATION ENTRY

---

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America* , 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

**IT IS SO ORDERED.**

September 30, 2010

                                            WALTER HERBERT RICE, JUDGE
                                            UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record